IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMIE LOU HENDRIXSON,

    Petitioner,

v.                              CASE NO. 4:12cv125-SPM/CAS

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc.7) dated April 9, 2012. Petitioner has filed objections (doc 8) pursuant to Title 28, United States Code, Section 636(b)(1). Upon review, I have determined that the report and recommendation should be adopted.

The savings clause "does not exist to free a prisoner of the effects of his failure to raise an available claim earlier." Wofford v. Scott, 177 F.3d 1236, 1245 (11th Cir. 1999). The remedy under § 2255 for a claim will not be deemed inadequate or ineffective unless "settled circuit precedent . . . had effectively deprived th[e] petitioner of any reasonable opportunity to obtain a reliable judicial determination of it." Id. at 1244 (citing In re Davenport, 147 F.3d 605, 606 (7th

Cir. 1998)). Thus a claim will be allowed under the savings clause only if "(1) the claim is based upon a retroactively applicable Supreme Court decision; (2) the holding of that Supreme Court decision establishes the petitioner was convicted for a non-existent offense; and, (3) circuit law squarely foreclosed such a claim at the time it otherwise should have been raised in the petitioner's trial, appeal, or first § 2255 motion." Id. at 1244. Petitioner has not met any part of the standard. Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2. The § 2241 petition for writ of habeas corpus, challenging Petitioner's conviction and sentence out of the Northern District of Georgia, is denied as Petitioner has failed to demonstrate that the § 2255 remedy was inadequate or ineffective.

DONE AND ORDERED this 10th day of May, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge